# KAISER SAURBORN & MAIR

Kaiser Saurborn & Mair, P.C.
30 Broad Street, 37th Floor
New York, New York 10004
www.ksmlaw.com

Daniel J. Kaiser
+1.212.338.9100 x317
+1.646.607.9371 fax
kaiser@ksmlaw.com

**MEMO ENDORSED**

July 28, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/21

**BY ECF**
Honorable Louis L. Stanton
Daniel Patrick Moynihan
United States Courthouse
500 Peal Street
New York, New York 10007

Re: Paley v. KLS Professional Advisors Group, LLC
1:21-cv-00075-LLS

Dear Judge Stanton:

I represent Plaintiff in the above referenced action. I write to respectfully request an adjournment of the conference scheduled for August 20, 2021. I will be on vacation on that date. Defendant's counsel consents to this request.

Is the court available on either September 8 or 10 for a rescheduled conference?

Thank you for your time and consideration of this request.

Respectfully submitted,

Daniel J. Kaiser, Esq.

*Adjourned to Sept. 10, '21 at 2:30 P.M.*
*Louis L. Stanton*
*7/29/21*

Cc: Marc Wenger, Esq.